# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| ROSEMARY HAVEY and | : | Bankruptcy No. 05-15311DWS |
| CHARLES HAVEY, | : | |
| | : | |
| Debtor. | : | |

# ORDER

**AND NOW**, this 12th day of May 2005, this Court having entered an order on April 22, 2005 (the "Order");

**And** the Order noting that on August 30, 2004 an order was entered in <u>In re Charles Havey</u>, Bankr. No. 04-31305, finding that he and his wife Rosemary Havey had been barred from filing bankruptcy for 180 days in Rosemary Harvey's case, no. 03-38355;

**And** the August 30, 2004 Order permanently barring Charles Havey from filing a bankruptcy petition and providing that any filing in violation of the Order would not stay any act against him or his property;

**And** the Order further noting that once again notwithstanding the extant court order, Charles and Rosemary Havey have filed their 5th bankruptcy case on April 14, 2005;

**And** as a result, the Order dismissed this bankruptcy case is as it was filed by a person permanently barred from filing;

**And** the Order further directing that Rosemary Havey appear at a hearing to show cause why she should not also be permanently barred from filing further bankruptcy cases;

**And** the Order further stating that her failure to appear will result in entry of an order barring Rosemary Havey from future bankruptcy filings;

**And** Rosemary Havey failing to appearing at the hearing on May 9, 2005;

It is hereby **ORDERED** that the dismissal order entered in this case on April 22, 2005 is amended to provide that Rosemary Havey is permanently barred from filing any future bankruptcy case.  11 U.S.C. § 109(g)(1);

**And** it is **further ORDERED** that should she thereafter file a bankruptcy petition, the Clerk is directed not to accept it (as he is directed not to accept any further petition filed by Charles Havey).

DIANE WEISS SIGMUND
Chief U.S. Bankruptcy Judge

cc:   Walter Stoertz, Acting Clerk

<u>Copies to</u>:

Rosemary Havey
102 Laurelwood Drive
Downingtown, PA  19335

Charles Havey
102 Laurelwood Drive
Downingtown, PA  19335

William C. Miller, Esquire
Standing Chapter 13 Trustee
P. O.  Box 40119
Philadelphia, PA 19106-0119

Dave P. Adams, Esquire
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107